**Barbara RICHMAN, Appellant,**

v.

**John COUGHLIN, Respondent.**

**No. WD 62359.**

Missouri Court of Appeals, Western District.

March 9, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 27, 2004.

Joseph R. Borich, III, Overland Park, KS, for appellant.

John R. Campbell, Jr., Kansas City, MO, for respondent.

Before HOWARD, P.J., LOWENSTEIN and NEWTON, JJ.

**ORDER**

PER CURIAM.

Appellant's motion to set aside the voluntary dismissal of her lawsuit after entering into a settlement agreement was denied. The Court of Appeals determined there was sufficient evidence pursuant to Rule 73.01 to support the trial court's decision. Affirmed. Rule 84.16(b).